# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**THE ESTATE OF BRIAN N. BROOKS, DECEASED**      **PLAINTIFF**

**v.**     **Case No. 4:22-CV-798-LPR**

**JAMES BEDWELL, et al.**     **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED.

IT IS SO ADJUDGED this 7th day of December 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE